IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MELVIN SMITH, JR.                                                                                       PETITIONER
ADC #82282

v.                                              5:11-cv-00052-JJV

RAY HOBBS, Director,                                                                                  RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice.

IT IS SO ORDERED this <u>10th</u> day of November, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE