# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MELVIN SMITH, JR.                                                                                    PETITIONER
ADC #82282

v.                                              5:11-cv-00052-JJV

RAY HOBBS, Director,                                                                           RESPONDENT
Arkansas Department of Correction

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice.

IT IS SO ORDERED this 10th day of November, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1